IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01418-DME-MJW

RAYMOND F. LEFFLER,

    Plaintiff,

v.

DILLON COMPANIES, INC., KING SOOPERS DIVISION,

    Defendant.

---

## ORDER GRANTING DEFENDANT'S MOTION TO AMEND DEFENDANT'S ANSWER TO COMPLAINT AND JURY DEMAND (Docket No. 12)

---

This matter is before the Court on Defendant, King Soopers' ("Defendant") Motion to Amend Defendant's Answer to Complaint and Jury Demand ("Motion to Amend"). The Court has reviewed and considered the arguments set forth in the parties' briefings.

IT IS HEREBY ORDERED that Defendant's Motion to Amend is GRANTED. Pursuant to this Order, Defendant's Amended Answer to Complaint and Jury Demand is ~~filed~~ Accepted For Filing As of The Date of This Order.

DATED this 5TH day of ~~November,~~ December 2008.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO